# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

**UNITED STATES OF AMERICA**

**V.**     **NO. 4:03CR00158 WRW**

**ADRIAN LAMONT WITT**

## ORDER

Pending are the Prosecution's Motions for a Downward Departure under Rule 35 (Doc. Nos. 30, 31). Oral argument was heard in a telephone conference held today.

Based on the findings of fact and conclusions of law, the motions are GRANTED. An Amended Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of April, 2006.


    /s/ Wm. R.Wilson,Jr.
    UNITED STATES DISTRICT JUDGE