# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| V. | |
| ADRIAN LAMONT WITT | Case Number:   4:03CR00158-01-WRW |
| | USM Number:   22993-009 |
| **Date of Previous Judgment:**   04/24/2006 | Jenniffer Horan |
| (Use Date of Last Amended Judgment, if Applicable) | Defendant's Attorney |

Upon motion of  [X] the defendant   [ ] the Director of the Bureau of Prisons   [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
   [ ] DENIED.
   [X] GRANTED  and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of: **70** months is reduced to **60**

### I.  COURT DETERMINATION OF GUIDELINE RANGE

Previous Offense Level(Prior to Departure /Variance/Rule 35): **29**     Amended Offense Level: **27**

Criminal History Category: **V**     Criminal History Category: **V**

Previous Guideline Range: **140** to **175** months     Amended Guideline Range: **120** to **150** months

### II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

[ ] The reduced sentence is within the amended guideline range.

[X] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (Specify):

### III. ADDITIONAL COMMENTS:

Except as provided above, all provisions of the judgment dated 04/24/2006 shall remain in effect.

**IT IS SO ORDERED.**

| | |
|---|---|
| 04/02/2008 | /s/ Wm. R. Wilson, Jr. |
| Date of Order | Signature of Judge |
| | Wm. R. Wilson, Jr., U.S. District Judge |
| Effective Date (if delayed) | Name and Title of Judge |